**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Amanda Marie Smith Session, Randi Lee Session, and
Allen Session, Defendants,

Of whom Amanda Marie Smith Session is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-000956

———————————

Appeal From Horry County
Ronald R. Norton, Family Court Judge

———————————

Unpublished Opinion No. 2020-UP-332
Submitted November 17, 2020 – Filed December 4, 2020

———————————

**AFFIRMED**

———————————

Melanie Carol Nicholson, of Law Office of Melanie C.
Nicholson, of North Myrtle Beach, for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan,
PA, of Kingstree, for Respondent.

Michael Julius Schwartz, of Russell B. Long, PA, and Heather Marie Moore, of Axelrod & Associates, PA, both of Myrtle Beach, for the Guardians ad Litem.

––––––––––

**PER CURIAM:**  Amanda Marie Smith Session appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Session's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

––––––––––

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.